THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* FRED BURMANN, Appellant.

Argued October 13, 1954; decided October 22, 1954.

*John J. Lynch* and *Alfred J. Loew* for appellant.

*Frank A. Gulotta, District Attorney (Henry P. De Vine* of counsel), for respondent.

*George L. Hubbell, Jr., Village Attorney (Edward J. Walsh, Jr.,* of counsel), for Incorporated Village of Garden City, *amicus curiæ,* in support of respondent's position.

Judgment affirmed; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.